# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:25−cv−09809−CRB
*Internal Use Only*

| | |
|---|---|
| Jones v. Santoro | Date Filed: 11/13/2025 |
| Assigned to: Judge Charles R. Breyer | Jury Demand: Plaintiff |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Prisoner: Prison Condition |
| | Jurisdiction: Federal Question |

| Hearings | Dates | Deadlines | Dates |
|---|---|---|---|
| | | Motion Ripe Deadline (2) | 11/13/2025 |
| | | Initial Review of Complaint (1) | 03/16/2026 |

**Plaintiff**

**Rayon Jones**  represented by  **Rayon Jones**
G−35669
PRO SE

V.

**Defendant**

**Kelly Santoro**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2025 | 1 | COMPLAINT against Kelly Santoro. Filed by Rayon Jones. (pjf, COURT STAFF) (Filed on 11/14/2025) (Entered: 11/14/2025) |
| 11/13/2025 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Rayon Jones, CDCR # G−35669.<br><br>The California Department of Corrections and Rehabilitation is directed to submit within 72 hours and in PDF form a certified Prison Trust Account statement for the plaintiff, reflecting the last six months activity, to cdcrfilings@cand.uscourts.gov. (pjf, COURT STAFF) (Filed on 11/13/2025) (Entered: 11/14/2025) |