UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYON JONES, G35669,

Plaintiff,

v.

KELLY SANTORO, Warden,

Defendant(s).

Case No. 25-cv-09809-CRB  (PR)

**ORDER OF DISMISSAL**

On February 3, 2026, the court screened plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 and dismissed it with leave to amend to set forth specific facts sufficient to state a viable Eighth Amendment deliberate indifference to safety claim, if possible.  The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days of this order] will result in the dismissal of this action." ECF No. 5 at 5.

More than 40 days have passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  This action accordingly is DISMISSED.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: March 17, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California